IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GODINA JONES,                                              )          CIVIL ACTION 05-1052
                                                          )
            Plaintiff,                                     )          C.A. No.
                                                          )
    vs.                                                   )
                                                          )
MICHAEL E. LAMB, PROTHONOTARY                             )
OF THE COURT OF COMMON PLEAS                              )
OF ALLEGHENY COUNTY, PENNSYLVANIA,                        )
and CONSTABLE JOHN A. SNYDER,                             )
                                                          )
            Defendants.                                   )

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Godina Jones (also known as Godina Jones Jett), do hereby request leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this civil rights action, or to give security therefor, and that I believe I am entitled to redress.  I further state the following:

1. I, Godina Jones, am employed during the school year as a school bus driver. I earn approximately $1500 gross per month from this job.   This summer, I am working part-time cleaning school buses and driving for occasional charter trips.  I am currently earning approximately $600 per month from this job.  Additionally, I am earning approximately $522 gross per month as a part-time housekeeper for Central Properties.

2. The father of my children pays child support sporadically at best.  He has not paid any support since December 2004.

3. I have no other sources of income.

4. I presently have approximately $15.00 in cash.

5. I do not possess any open bank accounts. I had a checking account with

Citizens Bank, but it was closed when I overdrew the account.

6. I possess a small 401K account from my Pittsburgh Public School employer which now totals $310.

7. I do not own any automobile or any other valuable property, excluding my and my children's ordinary household furnishings and clothing.

8. I recently filed a Chapter 7 bankruptcy.   Thus, I do not now possess any major debt for which I am liable, other than normal recurrent household expenses.

9. I have three minor dependent children who reside with me: Darron, age 17; Lakeisha, age 14; and Darronda, age 13.

10. I am unable to afford the costs of filing the instant lawsuit.  I am financially eligible to receive free legal representation from Neighborhood Legal Services Association in this case.

## **VERIFICATION**

I verify that the foregoing responses are true and correct to the best of my knowledge, information and belief.

I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

_____7/21/05_____
Date

_Joelina M Jones_