IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GODINA JONES, | ) | CIVIL ACTION |
| Plaintiff, | ) ) | C.A. No. |
| vs. | ) ) | |
| MICHAEL E. LAMB, PROTHONOTARY OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, and CONSTABLE JOHN A. SNYDER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF COURT

AND NOW, this ____ day of July, 2005, upon consideration of the foregoing Motion and for good cause shown, it is hereby ORDERED and DIRECTED, that the Plaintiff, Godina Jones, shall be, and is therefore, granted leave to proceed in this action in forma pauperis.

_____
United States District Court Judge