IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODINA JONES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL LAMB, PROTHONOTARY<br>OF THE COURT OF COMMON PLEAS<br>OF ALLEGHENY COUNTY, PENNSYLVANIA,<br>and CONSTABLE JOHN A. SNYDER,<br><br>　　　　Defendants. | CIVIL ACTION<br>No. C.A. |

## ORDER OF COURT

AND NOW, this _____ day of July, 2005, upon consideration of the foregoing Motion and for good cause shown, this Court finding that, without the relief set forth below, immediate and irreparable harm will result to the above-named Plaintiff, IT IS HEREBY ORDERED AND DIRECTED as follows:

1. Defendant Michael E. Lamb, Prothonotary of the Court Of Common Pleas Of Allegheny County, Pennsylvania shall be, and is therefore, directed to issue a supersedeas in the action filed in the Civil Division, Court of Common Pleas of Allegheny County, Pennsylvania, at <u>Pinecastle Realty v. Godina Jones</u>, No. LT 05-242. Defendant Prothonotary shall immediately serve the notice of issuance of supersedeas upon Magisterial District Court 05-7-35 to prevent the Plaintiff's forcible eviction, pending the outcome of the *de novo* appeal trial before the Civil Division of the Court of Common Pleas of Allegheny County.

2. Defendant Constable John A. Snyder, shall be, and is therefore, enjoined from executing upon the outstanding Order for Possession of the residence leased by

Godina Jones, issued by Magisterial District Court 05-02-42 in <u>Pinecastle Realty v. Jones</u>, No. LT 518-05, and from forcibly dispossessing the Plaintiff and her family from their residence at 519 McClintock Avenue, Pittsburgh, PA 15214.

3. A hearing on Plaintiff's Motion for Preliminary Injunction shall be held in Courtroom _____, U.S. Courthouse and Post Office Building on the ___ day of August, 2005, at ___ o'clock ___.m.,

4. Nominal bond in the amount of one dollar ($1.00) shall be paid by the Plaintiff.

BY THE COURT:

_____
J.