IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODINA JONES,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL E. LAMB, PROTHONOTARY<br>OF THE COURT OF COMMON PLEAS<br>OF ALLEGHENY COUNTY, PENNSYLVANIA,<br>and CONSTABLE JOHN A. SNYDER,<br><br>  Defendants. | CIVIL ACTION<br><br>C.A. No. 05 - 1052<br><br>RECEIVED<br><br>JUL 2 9 2005<br><br>CLERK, U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

### CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2005, at approximately 4:15 o'clock p.m., Neighborhood Legal Services Association served the Complaint, Motion For Temporary Restraining Order and Preliminary Injunction and Brief In Support Thereof, upon Defendant Michael E. Lamb, by causing a copy to be personally delivered to Deputy Prothonotary Eric Feder at the Office Of The Prothonotary, 1st Floor, City-County Building, 414 Grant Street, Pittsburgh, PA 15219. Additionally, a copy of these documents was personally delivered to the Solicitor for the Office Of The Prothonotary, Attorney Thomas Solomich, at Rothman Gordon PC, 3rd Floor, Grant Building, Pittsburgh, PA 15219, by handing a copy to his secretary, Sissy Bath.

Further, I hereby certify that, on July 29, 2005, at approximately 8:15 o'clock a.m., Neighborhood Legal Services Association served Complaint, Motion For Temporary Restraining Order and Preliminary Injunction and Brief In Support Thereof, upon Defendant Constable Thomas Snyder, by causing a copy to be personally

delivered to him at Pennsylvania Magisterial District Court 05-2-42, 3874 Perrysville Avenue, Pittsburgh, PA 15214, by leaving a copy with Vicky, the secretary of Pennsylvania Magisterial District Court 05-2-42, pursuant to the instructions and authorization of Defendant Constable Snyder, with whom the undersigned spoke by telephone at the same time.

Additionally, I hereby certify that on July 28, 2005, at approximately 6 o'clock p.m., Neighborhood Legal Services Association served the Complaint, Motion For Temporary Restraining Order and Preliminary Injunction and Brief In Support Thereof, upon the Plaintiff's landlord, Pinecastle Realty, by delivering a copy to Sean McGrady, owner and/or agent for Pinecastle Realty, 210 Pinecastle Road, Pittsburgh, PA 15234 by leaving a copy at this address pursuant to the instructions and authorization of Sean McGrady, with whom Attorney Mary Ellen Droll spoke by telephone approximately an hour earlier.

/s/ Eileen D. Yacknin