IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GODINA JONES,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**MICHAEL E. LAMB**, )<br>Prothonotary Court of Common )<br>Pleas of Allegheny County, PA )<br>and **CONSTABLE JOHN A. SNYDER** )<br>)<br>Defendants. ) | 2:05cv1052<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW this 13th day of September, 2005, upon consideration of the Motion to Intervene filed on behalf of Christy Long (**Document No. 19**),

IT IS HEREBY ORDERED the motion is **GRANTED**, Christy Long is permitted to intervene in the above captioned action. Intervening Plaintiff shall file her complaint forthwith.

IT IS FURTHER ORDERED that Constable Rodney Gowers shall be joined as a defendant, and the caption shall be amended to reflect these additions.

                                                      s/David Stewart Cercone
                                                      David Stewart Cercone
                                                      United States District Judge

cc:    Kevin Quisenberry, Esquire
          Evalynn B. Welling, Esquire
          429 Forbes Avenue
          Suite 1705
          Pittsburgh, PA 15219

          Ronald G. Backer, Esquire
          Rothman Gordon, P.C.
          Third Floor, Grant Building
          Pittsburgh, PA 15219