IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODINA JONES, on behalf of herself and all others similarly situated ) ) | CIVIL ACTION ) |
| Plaintiff, ) | C.A. No. 05-1052 |
| vs. ) | Class Action |
| MICHAEL E. LAMB, PROTHONOTARY OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, and CONSTABLE JOHN A. SNYDER, ) ) ) ) | Judge Cercone |
| Defendants ) | |
| CHRISTY LONG, ) | |
| Plaintiff Intervener ) | |
| vs, ) | |
| MICHAEL E. LAMB, PROTHONOTARY OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA and CONSTABLE RODNEY GOWERS, ) ) ) ) | |
| Defendants ) | |

ORDER OF COURT

AND NOW, this **26** day of September, 2005, upon consideration of the Plaintiff Intervener's Motion for a Temporary Restraining Order and Preliminary Injunction, IT IS ORDERED:

1. Supersedeas is granted against the judgment of possession issued by District Court 05-2-25 in State Manor Apartments v. Christy Long, No. LT 667-05, until such time as Intervener Christy Long has a de novo trial on her appeal in the Allegheny

County Court of Common Pleas No. LT-05-310. The Defendant Prothonotary is directed to indicate on the court records at LT-05-310 that supersedeas has been obtained by Christy Long.

2. Defendant in Intervener's Complaint Rodney Gowers is enjoined from enforcing any Order for Possession on the Plaintiff Intervener Long's leased residence and from forcibly dispossessing the Plaintiff Intervener and her children from their residence at 1020 State Avenue, Apt. 1008, Coraopolis, PA 15108. Constable Gowers is likewise enjoined from soliciting assistance or complicity of any other person to effect an eviction of Plaintiff Intervener Long and her children.

3. The foregoing injunction is conditioned upon the Plaintiff's payment of a nominal bond in the amount of one dollar and upon payment of ongoing monthly rent in the amount of Eighty-one ($81.00) dollars which shall be deposited with the Prothonotary of Allegheny County during the pendency of her appeal to the Court of Common Pleas.

BY THE COURT:

_____