IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GODINA JONES, on behalf of herself )
and others similarly situated, )
)
Plaintiff, )
)
vs. )  2:05cv1052
)  **Electronic Filing**
MICHAEL E. LAMB, )
Prothonotary Court of Common )
Pleas of Allegheny County, PA )
and CONSTABLE JOHN A. SNYDER )
)
Defendants. )

## ORDER OF COURT

AND NOW, this 25th day of October 2005, upon consideration of the Plaintiff's Motion for Class Certification (**Document No. 12**), the arguments of counsel in open court, and pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the motion for certification of the class defined as:

> all low income residential tenants of Allegheny County, Pennsylvania who have had or will have judgments against them for possession of real property entered by district magistrates, and who also are determined by the district magistrates to have rent in arrears;

is GRANTED.

David Stewart Cercone
United States District Judge

cc:  Evalyn Welling, Esquire
Kevin Quisenberry, Esquire
429 Forbes Avenue
Suite 1705
Pittsburgh, PA 15219

Ronald G. Backer, Esquire
Rothman Gordon, P.C.
Grant Building
310 Grant Street, Third Floor
Pittsburgh, PA 15219-2203