IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GODINA JONES,** and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | 2:05cv1052<br>**Electronic Filing** |
| **MICHAEL E. LAMB**, ) Prothonotary Court of Common ) Pleas of Allegheny County, PA ) and **CONSTABLE JOHN A. SNYDER** ) ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 27th day of December 2005, upon consideration of the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and in consideration of Preliminary Injunction entered, and the findings made therein, by this Court on August 8, 2005,

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order (**Document No. 38**) is **GRANTED**, as follows:

    a.    Supersedeas is entered against the judgment of possession issued by District Court No. 05-2-36 in *Alex Kulik v. Jean Danko*, No. LT 359-05 filed 11/22/05, until further hearing by this Court. Defendant Prothonotary shall mark the supersedeas block on the appeal of the eviction filed by Jean Danko at Allegheny County Court of Common Pleas Case Number LT-05-453.

    b.    Defendant in Intervener's Complaint Constable C. E. Miller is enjoined from enforcing any Order for Possession of Jean Danko's leased residence and from forcibly dispossessing Intervener Plaintiff Jean Danko and her children from their residence at 723 McCaslin Street, Pittsburgh, PA 15217. Constable Miller is likewise enjoined from soliciting assistance or complicity of any other person to effect an eviction Plaintiff and her children.

    c.    The foregoing injunction is conditioned upon Intervener Plaintiff Jean

Danko's payment of a nominal bond of One ($1.00) Dollar and ongoing monthly rent in the amount of Two Hundred Sixty-Seven ($267.00) Dollars which shall be deposited with the Prothonotary of Allegheny County.

      d.      The Plaintiff shall post a nominal bond of One ($1.00) Dollar.

      e.      A hearing on Plaintiff's Motion for Preliminary Injunction shall be held on **Thursday, January 5, 2006, at 12:30 p.m.** in Courtroom No. 7A, Suite 7270, United States Post Office and Courthouse, Pittsburgh, PA 15219.

IT IS FURTHER ORDERED that the Plaintiff notify all interested parties of the date and time of the hearing.

                                      s/David Stewart Cercone
                                      David Stewart Cercone
                                      United States District Judge

cc:      Evalyn Welling, Esquire
         Kevin Quisenberry, Esquire
         429 Forbes Avenue
         Suite 1705
         Pittsburgh, PA 15219

         Ronald G. Backer, Esquire
         Rothman Gordon, P.C.
         Grant Building
         310 Grant Street, Third Floor
         Pittsburgh, PA 15219-2203