IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODINA JONES et al., <br><br> Plaintiff, <br><br> v. <br><br> KATE BARKMAN, DIRECTOR, DEPARTMENT OF COURT RECORDS OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, and CONSTABLE JOHN A. SNYDER, <br><br> Defendants, <br><br> and <br><br> A.C.R.E. OF PITTSBURGH, INC., a Pennsylvania Corporation, and PENNSYLVANIA RESIDENTIAL OWNERS ASSOCIATION (P.R.O.A.), a Pennsylvania Non-Profit Corporation, <br><br> Defendants. | CIVIL ACTION <br><br> C.A. No. 2:05-cv-1052 <br><br> Class Action <br><br> Hon. David Stewart Cercone |

MOTION TO APPROVE SETTLEMENT AND
AWARD FEES

NOW COME, the parties, and move this Honorable Court to approve their agreement to settle plaintiffs' claim for attorneys fees as follows:

1. On August 8, 2008, plaintiffs filed a Petition for Reimbursement of Expenses and Reasonable Attorneys' Fees (Doc. 109) pursuant to F.R.Civ.P. 23(h).

2. After briefing by the parties, this Honorable Court entered an order of February 27, 2009 (Doc. 114) directing Plaintiffs to file an amended petition for reimbursement of reasonable attorneys' fees associated with their work on Documents 63, 67, 74, and 75 herein.

3. Subsequently, the parties entered into settlement discussions, which have resulted in the agreement which is attached hereto as Exhibit A. Said agreement provides that Defendants ACRE and PROA shall pay to the Plaintiffs' attorneys, the Community Justice Project, the sum of ten thousand dollars ($10,000.00) as their reasonable attorneys' fees.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order awarding to Plaintiffs attorneys' fees pursuant to the attached settlement agreement among the parties.

                                                 Respectfully submitted,

March 23, 2009                                   _/s/Evalynn Welling_____
                                                         Evalynn Welling
                                                         PA ID 31993
                                                         1705 Allegheny Bldg.
                                                         Pittsburgh, PA 15219
                                                         412 434 6002

                                                         Attorney for Plaintiffs