IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GODINA JONES, and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:05-cv-01052<br><br>Class Action<br><br>Hon. David Stewart Cercone |
| Plaintiffs, | | |
| vs. | | |
| KATE BARKMAN, DIRECTOR<br>Department of Court Records of The Court<br>Of Common Pleas of Allegheny County, PA.,<br>And CONSTABLE JOHN A. SNYDER | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | | |
| A.C.R.E. of Pittsburgh, Inc., a Pennsylvania Corporation & Pennsylvania Residential Owners Association, a Pennsylvania Non-Profit Corporation | ) ) ) ) ) ) | |
| Intervenors, | ) | |

**STIPULATION OF SETTLEMENT**

WHEREAS, the Plaintiff commenced an action against the Defendants in this Court captioned as above ("the Action"); and

WHEREAS, the Plaintiff filed a complaint in the Action; and

WHEREAS, the Plaintiffs have settled all claims against the original Defendants; and

WHEREAS, A.C.R.E. of Pittsburgh, Inc. and Pittsburgh Residential Owners Association ("P.R.O.A") , (collectively "Intervenors") intervened on the matter as intervening defendants; and

1

WHEREAS, the Plaintiff and Intervenors have arrived at a complete settlement of all matters arising from or related to the Action as set forth in pleadings, most specifically the Judge's Memorandum Order dated February 27, 2009 (Document 114), pertaining to the awarding of attorneys' fees, as well as all matters and transactions between the parties related to the within litigation whether known or unknown through the date of this agreement; and

WHEREAS, counsel for the parties have the authority to sign this Stipulation of Settlement on behalf of their clients and bind them as if the parties had executed the agreement; and

THEREFORE, the parties hereby set forth the following:

1. The foregoing recitals are incorporated herein.
2. The Intervenors shall pay to the Plaintiff the sum of $10,000.00 (Ten Thousand Dollars).
3. The payments shall be made to the Community Justice Project, or as directed in writing by the Community Justice Project as follows:
   a. $10,000.00 (Ten Thousand Dollars) within thirty (30) days of the execution and delivery of this Stipulation of Settlement.
4. This Stipulation of Settlement is a full and complete settlement of all claims, obligations and liabilities arising from or related to the matters set forth in the Judge's Memorandum Order dated February 27, 2009 (Document 114), as well as transactions and matters between the parties arising prior to the date of this agreement and related to the matters resolved by this agreement, whether known or unknown.
5. The effective date of this Stipulation of Settlement is March 23, 2009.
6. This executed Stipulation of Settlement shall be filed with the Court.

7. The Court shall retain jurisdiction to enforce this settlement.

IN WITNESS WHEREOF, the parties through their attorneys have executed this Stipulation of Settlement this 23rd day of March, 2009.

_____
Bradley S. Dornish
Attorney for Intervenors

_____
Evalynn Welling
Attorney for Plaintiff

3