**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GODINA JONES et al., | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| KATE BARKMAN, DIRECTOR, DEPARTMENT OF COURT RECORDS OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, and CONSTABLE JOHN A. SNYDER, | C.A. No.  2:05-cv-1052 Class Action Hon. David Stewart Cercone |
| Defendants, | |
| and | |
| A.C.R.E. OF PITTSBURGH, INC., a Pennsylvania Corporation, and PENNSYLVANIA RESIDENTIAL OWNERS ASSOCIATION (P.R.O.A.), a Pennsylvania Non-Profit Corporation, | |
| Defendants. | |

## ORDER

AND NOW, this        day of                , 2009, upon consideration of Plaintiffs'

motion for approval of the Stipulation of Settlement which has been entered into by the

Plaintiffs and Defendants/Intervenors  to settle Plaintiffs' Petition for Award of Fees (Doc.109 ),

IT IS ORDERED that Defendants/Intervenors A.C.R.E. of Pittsburgh, Inc., and the Pennsylvania

Residential Owners Association (P.R.O.A.) shall pay to Community Justice Project the sum of

ten thousand

dollars ($10,000.00) as set forth in their Stipulation of Settlement.  The Court shall retain

jurisdiction to enforce this settlement.

                                        BY THE COURT:

                                        _____
                                        David Stewart Cercone
                                        United States District Judge