IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODINA JONES et al., | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| KATE BARKMAN, DIRECTOR, DEPARTMENT OF COURT RECORDS OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, and CONSTABLE JOHN A. SNYDER, | C.A. No. 2:05-cv-1052 Class Action Hon. David Stewart Cercone |
| Defendants, | |
| and | |
| A.C.R.E. OF PITTSBURGH, INC., a Pennsylvania Corporation, and PENNSYLVANIA RESIDENTIAL OWNERS ASSOCIATION (P.R.O.A.), a Pennsylvania Non-Profit Corporation, | |
| Defendants. | |

**ORDER**

AND now, this 2nd day of October, 2013, upon consideration of Plaintiffs' Unopposed Motion to Modify Exhibit A of the Court's July 31, 2008 Orders (Docket Nos. 107-2 and 108-2), it is hereby ordered that the motion is GRANTED. The notice attached hereto as Exhibit A shall be substituted for the notice filed at Docket Nos. 107-2 and 108-2, respectively. To the extent the contact information on this notice may need to be changed in the future, such non-substantive changes may be made without the need for further authorization from this court.

David Stewart Cercone
United States District Judge