# Exhibit A

# **VERY IMPORTANT NOTICE**
# **TO LOW-INCOME TENANTS**

To all low-income (indigent) tenants who have had a judgment for possession entered against you by a magisterial district judge:

1. If you wish to appeal, you must file your appeal within ten (10) days of the date of the judgment;

2. If the judgment includes rent owed and you have not paid the rent for the month when you file the appeal, you must pay 1/3 of a month's rent when you file the appeal and the other 2/3 within 20 days of filing the appeal.  You must pay your ongoing rent to the Court of Common Pleas to stay in your home during the appeal;

3. You can complete an In Forma Pauperis (IFP) affidavit requesting the Court to waive the filing fee;

4. File your appeal with the Department of Court Records on the first floor of the City-County Building.


****************************************************

For more information, contact:
Neighborhood Legal Services Association
412-255-6700
9:00-11:45 a.m. and 1:00-2:30 p.m.


For assistance in filing your appeal, call:
Landlord Tenant Pro Se Assistance Project
412-402-6660